■ In the Matter of CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. (NEPTUNE AVENUE). CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., et al., Respondents; 1521 SQUARE, INC., Appellant.—In a condemnation proceeding pursuant to EDPL article 4, 1521 Square, Inc. appeals from so much of an order of the Supreme Court, Kings County (Leone, J.), dated April 1, 1987, as granted the condemnor's petition and denied its application for leave to amend its answer.

Ordered that the order is affirmed insofar as appealed from, with costs (see, Matter of Consolidated Edison Co. [Neptune

*Assocs.],* 143 AD2d 1012). Thompson, J. P., Brown, Rubin and Eiber, JJ., concur.